IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION FILE NO: 3:05CV441-K

| | |
|---|---|
| SHARON POWERS,<br><br>Plaintiff,<br><br>v.<br><br>SPRINGS INDUSTRIES, INC.<br>AND AQUENT LLC,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF PLAINTIFF'S WAIVER AND RELEASE OF FMLA AND FLSA CLAIMS** |

For good cause shown, this Court grants the Joint Motion for Court Approval of Plaintiff's Waiver and Release of FMLA and FLSA Claims and hereby approves Plaintiff's knowing and voluntary waiver and release of and all claims she may have against Defendants Springs Industries, Inc. and Aquent LLC under the FMLA and FLSA.

**Signed: November 9, 2005**

_____
David C. Keesler
United States Magistrate Judge